Case 5:10-cv-04178-LHK   Document 18   Filed 05/02/11   Page 1 of 1

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.:10-CV-04178-LHK |
| Plaintiff, | |
| v. | ORDER REGARDING SETTLEMENT |
| DENISE JOANNE AGUIRRE A/K/A DENISE AGUIRRE MARSHALL and PAUL ROBERT MARSHALL, INDIVIDUALLY and d/b/a GALAXY, | |
| Defendants. | |

The parties in this action filed a "request for judicial notice of settlement" on April 29, 2011. The notice states that the parties have settled all claims asserted in this case. The notice states that a stipulation of dismissal will be filed with the Court "promptly." The parties shall file any dismissal of claims within 21 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: May 2, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-04178-LHK
ORDER REGARDING SETTLEMENT