UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> DENISE JOANNE AGUIRRE A/K/A DENISE AGUIRRE MARSHALL and PAUL ROBERT MARSHALL, INDIVIDUALLY and d/b/a GALAXY, <br><br> Defendants. | Case No.:10-CV-04178-LHK <br><br><br> ORDER DISMISSING CASE |

The parties in this action filed a "stipulation of dismissal" on June 28, 2011. The stipulation states that the action shall be dismissed without prejudice, but that provided no party has filed a motion to reopen the matter by July 1, 2011, the dismissal shall be deemed to be with prejudice. The Court hereby dismisses the case with prejudice. The Court will retain jurisdiction up until July 1, 2012 in the event either party moves to reopen the case to enforce the settlement agreement between the parties.

**IT IS SO ORDERED.**

Dated: June 28, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-04178-LHK
ORDER DISMISSING CASE